FILED LODGED
RECEIVED
JUL 07 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

Magistrate Judge Creatura

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. NORMAND O. LARIVIERE, Defendant. | NO. MJ17-5119 COMPLAINT 18 U.S.C. § 876 |

BEFORE the Honorable, United States Magistrate Judge J. Richard Creatura, U. S. Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

**COUNT ONE**
**(Mailing Threat to Injure)**

On or about June 30, 2017, at Olympia, within the Western District of Washington, NORMAND O. LARIVIERE, knowingly and willingly, did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication, dated on or about June 30, 2017, addressed to IRS, OSC, Ogden, Utah 84201-0030, and containing a threat to injure federal employees.

All in violation of Title 18, United States Code, Section 876(c).



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

And the complainant states that this Complaint is based on the following information:

I, Dustin Smith, being first duly sworn on oath, depose, and say:

## I. INTRODUCTION

1. I am a Senior Special Agent with the Federal Protective Service (FPS) within the United States Department of Homeland Security, assigned as a General Crimes Agent in Washington, Oregon, Idaho and Alaska. I have been a law enforcement officer with FPS since 2002 and a Special Agent with the FPS for 9 years. In this capacity, I investigate and enforce a wide-range of federal criminal laws, including felony crimes that occur at federal facilities or threats directed toward federal employees or federal facilities. Prior to working as a General Crimes Agent, I was assigned to the Tacoma Federal Bureau of Investigation's Joint Terrorism Task Force for three years. Before joining FPS, I was a Security Police member in the United States Air Force for seven and a half years, performing law enforcement patrol and response on United States military installations throughout the world.

2. This Affidavit is made in support of a criminal complaint charging NORMAND O. LARIVIERE, with communicating a threat to injury through the mail in violation of Title 18, Unites States Code, Section 876(c). The facts set forth in this Affidavit are based on my own personal knowledge, my review of court records and law enforcement reports, or have been related to me personally by other law enforcement officer associated with this investigation.

3. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I or others have learned during the course of the investigation. I have set forth only the facts that I believe are relevant to the determination of probable cause to believe that NORMAND O. LARIVIERE has committed a violation of 18 U.S.C. § 876(c).



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## II. PROBABLE CAUSE

4. I am currently assigned to a threat investigation involving a communicated threat to injure. LARIVIERE served eight years in the United States Navy. After his military service, he was employed as a civilian electrician for the United States Navy in California. The United States Navy conducted a Reduction in Force in the early 1990s. LARIVIERE has several grievances associated with this Reduction in Force towards several agencies, including: Internal Revenue Service; Department of Veteran's Affairs; Office of Personnel Management; Department of Defense; Office of Special Council; and Merit Service Protection Board.

5. In the past, LARIVIERE has sent several mailings to the Internal Revenue Service containing numerous frivolous documents regarding the legality of the tax code. On September 22, 2016, LARVIVIERE told an IRS agent he does not believe he should be paying taxes since the government is not paying attention to his claims. In 2016, one of those mailings included a marijuana cigarette, along with previous documentation from the IRS. Also in 2016, LARIVIERE sent a severed finger along with a 5.56 bullet to the IRS. The IRS contacted LARIVIERE and he admitted severing his finger and showed agents the homemade device he utilized to perform that action.

6. On July 6, 2017, the IRS office located at 1973 North Rulon White Boulevard, Ogden, Utah received a package bearing US Postal Service Tracking Number, 9114901496451074869457. A federal employee opened up the package and immediately noticed a metal pipe approximately 6 inches long, with end caps on both sides. The employee immediately reported the incident to a supervisor. The Davis County Sheriff's Office responded with their explosive ordinance team to investigate further. Based on the original assessment, the entire facility was evacuated of employees (approximately 300 employees). The explosive ordinance team conducted their mission of determining if the device was safe or not. A robot was utilized during this process and the package was deemed to be safe.



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

7. The package featured the return address of 368 Sawyer Street North East, Olympia, Washington 98506. Within the package there were several letters that were sent to LARIVIERE from the IRS and an undated photograph depicting LARIVIERE.

8. The galvanized pipe was approximately 2 inches in diameter and had a fuse coming out of one end. There was a whistle attached to the fuse inside the pipe. Blue tape was visible on the exterior of the pipe with the words, "kilroy was here." The writing "MKII Mod 9" was also on the exterior and appeared to be written in black marker.

9. LARIVIERE was interviewed in Olympia on July 7, 2017. During the interview, LARIVIERE quickly admitted to sending a device to the IRS office in Ogden, Utah. LARIVIERE stated he mailed the package containing the device from the Ralph's Grocery Store, located at 1908 4th Avenue East, Olympia, Washington. He described the device as a 2 inch galvanized pipe with nipples (caps). He placed blue tape on the device and wrote "kilroy was here" on it. LARIVIERE also wrote "MKII Mod 9" on the pipe. LARIVIERE then stated he drilled one end out and placed cannon fuse in the pipe. The cannon fuse was 15 feet in length and purchased by LARIVIERE from "Cabela's." Only a few inches of fuse were left sticking out of the drilled holes. The remainder of the fuse was tucked inside the pipe and a whistle was attached to it. LARVIERE stated he purchased the whistle at a Big-5 store. LARIVIERE said he hoped it caused a lot of concern and that he intended it to look like a "pipe bomb."

10. When asked if federal employees that opened up the package would likely be frightened by seeing this device, LARIVIERE responded, "good, I knew they would be concerned, that wasn't my concern, I wasn't going to let that hold me back." He stated after the first federal employee found it, he anticipated they would call the bomb squad and they would realize it was not a real explosive device. According to LARIVIERE, the United States government is turning him into a "jihadi." LARIVIERE told the agents, "I feel like I am self-radicalized," and that this is the workings of a mad man or a psycho, but he knew he was not crazy. He stated to the agents that if nothing



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

comes from this meeting, you'll have to take some action." I asked LARIVIERE specifically if he did not get the response he desired from the federal government what his response would be. He stated, "I don't have a choice if I don't get an answer. Many things I could do. I'm not going to say....I'm not going to tip my hand." LARIVIERE continued by saying at some point in the future he will use the mail system to send another device because letters do not work. LARIVIERE stated there was a second hoax device, similar to the first one, that is located at his residence.

## III. CONCLUSION

11. Based on my experience, training, and the evidence obtained during this investigation, I believe that probable cause exists to believe that LARIVIERE committed the following federal offense: 18 U.S.C. § 876.

Dustin Smith
Senior Special Agent, Federal Protective Service

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 7th day of July, 2017.

J. RICHARD CREATURA
United States Magistrate Judge



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800